THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD M. HIGLEY, Respondent, v. JESS J. MILLSPAW, Sheriff of the County of Schoharie, New York, Appellant.— Motion to dismiss appeal denied. Cross-motion to have case placed upon the calendar for the current term of this court denied; cross-motion that leave be granted to the State's Attorney of Baltimore City, Maryland, to file a brief

*amicus curiæ,* granted. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ. [See *ante,* p. 852.]